FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 07, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>VICKY VILLALOBOS (1),<br><br>               Defendant. | No. 4:24-CR-06018-MKD-1<br><br>ORDER GRANTING DEFENSE COUNSEL'S ORAL MOTION TO WITHDRAW |

On February 6, 2025, Janelle Carman-Wagner,[1] Defendant Vicky Villalobos's (1) current counsel of record, orally moved to withdraw from this matter and requests that CJA counsel be appointed to represent Defendant. The Court has

---

[1] Ms. Carman-Wagner's co-counsel, Ashely Kulberg, was not present. As Ms. Carman-Wagner and Ms. Kulberg are attorneys within the same law firm, the Court construes Ms. Carman-Wagner's oral motion to withdraw to apply to Ms. Kulberg as well.

ORDER – 1

heard from Defendant and defense counsel and, for the reasons stated on the record, finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

**1.** Defense Counsel's oral Motion to Withdraw is **GRANTED.**

**2.** This matter is **REFERRED** to Magistrate Judge Ekstrom for appointment of CJA counsel.

**3.** Judge Ekstrom should **APPOINT** new defense counsel to represent Defendant Vicky Villalobos (1).

**4.** The Clerk's Office should then **PROVIDE A COPY** of this order to replacement defense counsel, and then **TERMINATE** Janelle Carman-Wagner and Ashely Carolina Kulberg as counsel for Defendant.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to Janelle Carman-Wagner and Ashely Carolina Kulberg, former counsel for Defendant, who shall provide a copy to Defendant; Magistrate Judge Ekstrom; Darrel Gardner, the Court's Supervising CJA Attorney; counsel for the United States; and the U.S. Probation Office.

**DATED** February 7, 2025.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER – 2