Christine Bennett
719 Jadwin
Richland, WA 99352
509-378-6978
Attorney for Defendant
Vicky Villalobos

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: **2:24-CR-06018-MKD-1** |
| | ) | |
| vs. | ) | DEFENSE ATTORNEY'S FIRST |
| | ) | MOTION TO CONTINUE |
| | ) | PRETRIAL AND TRIAL |
| | ) | |
| VICKY VILLALOBOS, | ) | |
| Defendant. | ) | |
| | ) | |

TO:    REBECCA PEREZ & BRANDON PANG, UNITED STATES ATTORNEYS;
CLERK OF COURT

The defendant, Vicky Villalobos, by and through her attorney, Christine Bennett, hereby moves this court for an order continuing pretrial and trial in the above-captioned matter.

I was appointed on this case on 2/10/25 after a conflict was found with former counsel. On 4/16/25, the court approved an expert witness for my client and he will need time to write a report. Given that more time is needed to review discovery, have meaningful conversations with my client, prepare any motions that may be appropriate and prepare for the possibility of trial, a continuance of the trial date is requested. The current trial date is 6/2/25. Ms. Villalobos has reviewed and approved a

MOTION FOR CONTINUANCE

Christine Bennett, Defense Attorney
719 Jadwin, Richland WA 99352
509-378-6978

1

Speedy Trial Waiver to accommodate a new trial date. Counsel is requesting a new trial date of 11/3/25 with a pretrial date of 10/16/25. Counsel for the government agree with the proposed trial date. The codefendants' defense attorneys have been consulted and there are no objections to the proposed trial date. Mr. Marchi notes that he currently has another trial set on 11/3/25 but that date is preferable over the other date that was available. Mr. Hanson was retained to represent codefendant Kelly Lee on 3/4/25. He is also in need of a continuance to review discovery, have discussions with his client, and prepare for trial and joins in this motion.

| | RECOMMENDED DATES |
|---|---|
| Expert Deadline, if applicable | |
| **All pretrial motions, including discovery motions, *Daubert* motions, motions *in limine*, filed:** <br> Responses: 9/8/25 <br> Replies: 9/15/25 | 9/1/25 |
| **PRETRIAL CONFERENCE** <br> *Deadline for motions to continue trial* | 10/16/25 |
| CIs' identities and willingness to be interviewed disclosed to Defendant (if applicable) | 10/20/25 |
| Grand jury transcripts produced to Defendant <br> Case Agent: <br> CIs: <br> Other Witnesses: | 10/20/25 |
| Exhibit lists filed and emailed to the Court | 10/20/25 |
| Witness lists filed and emailed to the Court | 10/20/25 |
| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to the Court | 10/20/25 |
| Exhibit binders delivered to all parties and to the Court | |
| Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | 10/27/25 |
| Trial notices filed with the Court | 10/27/25 |
| Technology readiness meeting (in-person) | 10/27/25 |
| **JURY TRIAL** | 11/3/25 |

MOTION FOR CONTINUANCE

2

Christine Bennett, Defense Attorney
719 Jadwin, Richland WA 99352
509-378-6978

DATED this 17th  day of April, 2025.


Respectfully Submitted,

s/ Christine Bennett
Attorney for Defendant, WSBA #41305
719 Jadwin
Richland, WA 99352
(509) 378-6978
christinebennettlaw@gmail.com

MOTION FOR CONTINUANCE

Christine Bennett, Defense Attorney
719 Jadwin, Richland WA 99352
509-378-6978

CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2025, I electronically filed Defense Attorney's First Motion To Continue Pretrial and Trial with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Rebecca Perez and Brandon Pang, Assistant United States Attorneys.

s/ Christine Bennett
Attorney for Defendant, WSBA #41305
719 Jadwin
Richland, WA 99352
(509) 378-6978
christinebennettlaw@gmail.com

MOTION FOR CONTINUANCE

Christine Bennett, Defense Attorney
719 Jadwin, Richland WA 99352
509-378-6978