Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Brandon L. Pang
Rebecca R. Perez
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone:  (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 0 5 2025

SEAN F. McAVOY, CLERK
RICHLAND, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

VICKY VILLALOBOS,

Defendant.

4:24-CR-6018-MKD-1

INFORMATION

Vio.:  21 U.S.C. § 841(a)(1),
(b)(1)(A)(viii),
Distribution 50 Grams or More
of Actual (Pure)
Methamphetamine

21 U.S.C. § 853
Forfeiture Allegations

The United States Attorney charges:

On or about June 11, 2024, in the Eastern District of Washington, the Defendant, VICKY VILLALOBOS did knowingly and intentionally distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2.

SERIOUS DRUG FELONY

Before VICKY VILLALOBOS committed the offense as charged in Count 1, VICKY VILLALOBOS had a final conviction for a serious drug felony, as defined in 21 U.S.C. § 802(7), to wit: Possession with Intent to Distribute

INFORMATION – 1

Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii), case number 07-15-01-KI, in the United States District Court for the District of Oregon, for which she served a term of imprisonment of more than 12 months and was released from imprisonment within 15 years of the commencement of the instant offense.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense of violation of 21 U.S.C. § 841, as set forth in this Information, Defendant, VICKY VILLALOBOS, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

DATED this 5th day of June, 2025.

Richard R. Barker
Acting United States Attorney

Rebecca R. Perez
Brandon L. Pang
Assistant United States Attorneys

INFORMATION – 2