Christine Bennett
719 Jadwin Richland, WA 99352
509-378-6978
christinebennettlaw@gmail. com

Attorney for Defendant
Vicky Villalobos

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>    v.<br><br>Vicky Villalobos,<br><br>                    Defendant. | No. 4:21-CR-06038-SAB-3<br><br>**Motion for Temporary Furlough**<br><br>Judge Dimke<br><br>With Oral  Argument<br><br>Richland, WA |

Vicky Villalobos, through undersigned counsel, hereby moves this Court for a temporary furlough for the purpose of allowing her to attend two medical appointments to remove her IUD and to obtain a ultrasound of her uterus. Those appointments have been scheduled for August 18 at 9:45 A.M. and 11:30 A.M at the Kadlec Women's Clinic in Richland WA.

Motion for Furlough: 1

Christine Bennett, Defense Attorney
719 Jadwin, Richland WA 99352
509-378-6978

On June 5, 2025, Ms. Villalobos plead guilty on this case. Her sentencing is set for November 13, 2025. She has been incarcerated on this case approximately one year. Ms. Villalobos has been experiencing stabbing pain in her lower abdomen daily and was seeing her OBGYN due to this problem even prior to her arrest. When Ms. Villalobos was in her 20's she was treated for cervical cancer. She was warned the cancer could return. After her arrest, she received an ultrasound and was diagnosed with adenomyosis (abnormal tissue growth). At her most recent appointment, she was also diagnosed with a tilted cervix, a condition that can be caused by tumor growth. Ms. Villalobos states that her abdominal pain continues to grow in severity. Since her arrest, her weight has dropped from 139 pounds to 102 pounds. She has been noticing blood in her urine. Her doctor at Kadlec stated that another ultrasound of her uterus was advisable to determine whether a hysterectomy is appropriate for her and to rule out the possibility of a relapse of cervical cancer or other possibly life threatening conditions. Given that her sentence date is in November and the Benton County Jail cannot provide her with such medical treatment being recommended, she is respectfully requesting a temporary furlough to attend the two above-mentioned medical appointments the morning of August 18, 2025 at the Kadlec Women's Clinic in Richland, WA. She has siblings and parents who would be able to drive her to the appointment and back.

Motion for Furlough: 2

Christine Bennett, Defense Attorney
719 Jadwin, Richland WA 99352
509-378-6978

Ms. Villalobos understands that if she failed to return from that medical appointment she would be facing additional criminal charges and a higher sentence on this case. She has a prior federal conviction. For that case, she was released from custody while the case was pending.  She never failed to appear for court.  She met with her pretrial services officer as scheduled every month.  That case was pending for approximately a year and a half.  She was on time to all of her meetings hearings despite living four hours from the courthouse.  She states that when she was on probation following that sentence, she similarly never missed and appointment.  She was release from probation due to good behavior.  Ms. Villalobos was born and raised in Walla Walla and all of her friends and family live in that area.

DATED: July 11, 2025

s/ Christine Bennett
Attorney for Defendant, WSBA #41305
719 Jadwin Richland, WA 99352
 (509) 378-6978
christinebennettlaw@gmail.com

Motion for Furlough: 3

Christine Bennett, Defense Attorney
719 Jadwin, Richland WA 99352
509-378-6978

CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2025, I electronically filed Defendant's Motion for Fulough with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Ms. Perez and Mr. Pang, Assistant United States Attorneys.

s/ Christine Bennett
Attorney for Defendant, WSBA #41305
719 Jadwin Richland, WA 99352
 (509) 378-6978
christinebennettlaw@gmail.com

Motion for Furlough: 4

Christine Bennett, Defense Attorney
719 Jadwin, Richland WA 99352
509-378-6978