Christine Bennett
719 Jadwin Richland, WA 99352
509-378-6978
christinebennettlaw@gmail.com

Attorney for Vicky Villalobos

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>VICKY VILLALOBOS,<br>               Defendant. | Case No.: 4:24-cr-06018-MKD<br><br>DECLARATION IN SUPPORT OF MOTION FOR FURLOUGH |

TO:    REBECCA PEREZ, UNITED STATES ATTORNEY

COMES NOW the defendant, Vicky Villalobos, by and through her attorney, Christine Bennett, in support of her Motion for Furlough filed July 11, 2025 which was set for a hearing on July 31, 2025. Ms. Villalobos requested a furlough for IUD removal, not replacement, and for ultrasound to determine whether a hysterectomy or other follow up care was needed. Her doctor at Kadlec, Dr. Custodio, has stated he will provide a letter confirming the basis for his recommendation for an ultrasound. The letter will be filed upon receipt. The attached record was received from the jail on August 11, 2025. That record confirms that Ms. Villalobos' IUD has *not* been removed as was communicated to the Court by the marshals at the initial hearing on July 31, 2025, Exhibit A, *Jail*

DECLARATION IN SUPPORT OF MOTION FOR
FURLOUGH - 1

Christine Bennett, Defense Attorney
719 Jadwin, Richland WA 99352
509-378-6978

*Medical Records*. Ms. Villalobos will also sign a waiver upon request of the government to anyone they would like to designate for the purpose of confirmation of any aspect of her medical history.

DATED this 11th day of August, 2025.

Respectfully Submitted,

s/ Christine Bennett
Attorney for Defendant, WSBA #41305
719 Jadwin
Richland, WA 99352
(509) 378-6978
christinebennettlaw@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2025, I electronically filed Declaration in Support of Motion for Furlough with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Rebecca Perez, Assistant United States Attorney.

s/ Christine Bennett
Attorney for Defendant, WSBA #41305
719 Jadwin
Richland, WA 99352
(509) 378-6978
christinebennettlaw@gmail.com

Christine Bennett, Defense Attorney
719 Jadwin, Richland WA 99352
509-378-6978