Christine Bennett
719 Jadwin Richland, WA 99352
509-378-6978
christinebennettlaw@gmail. com

Attorney for Defendant
Vicky Villalobos

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
### (Honorable Mary K. Dimke)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>               Plaintiff, <br>   vs. <br><br> VICKY VILLALOBOS, <br>               Defendant. | NO.  4:24-CR-6018-MKD-1 <br><br> MOTION TO CONTINUE SENTENCING AND ALL RELATED DEADLINES |

COMES NOW, Christine Bennett, the attorney for the defendant, Vicky Villalobos, and respectfully moves the court for an order continuing the Sentencing hearing, presently set for 11/13/25, to 3/19/25 at 3:30 PM. Ms. Villalobos would like more time to prepare for her sentencing hearing.  The government does not object to this continuance.

DATED: October 15, 2025

s/ Christine Bennett
Attorney for Defendant, WSBA #41305
719 Jadwin Richland, WA 99352
 (509) 378-6978
christinebennettlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2025, I electronically filed Defendant's Motion to Continue with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Ms. Perez and Mr. Pang, Assistant United States Attorneys.

s/ Christine Bennett
Attorney for Defendant, WSBA #41305
719 Jadwin Richland, WA 99352
 (509) 378-6978
christinebennettlaw@gmail.com

Christine Bennett, Defense Attorney
719 Jadwin, Richland WA 99352
509-378-6978

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF WASHINGTON**

**(Honorable Mary K. Dimke)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 4:24-CR-6018-MKD-1 |
| Plaintiff, | |
| vs. | **ORDER GRANTING MOTION TO CONTINUE** |
| VICKY VILLALOBOS, | **(PROPOSED)** |
| Defendant. | |

Before the Court is the Motion to Continue Sentencing and Related Deadlines. (Ct. Rec.___). For the reasons set forth in the Defendant's motion, IT IS HEREBY ORDERED that the Motion to Continue Sentencing and Related Deadlines (CT. Rec. __) is GRANTED. The district court executive is directed to enter this order and provide copies to counsel.

DATED this __day of October, 2025.

MARY K. DIMKE
UNITED STATES JUDGE

ORDER