**CHRISTINE BENNETT, WSBA #41305**
Attorney at Law
719 Jadwin
Richland, WA  99352
Telephone:  509-378-6978

Attorney for Defendant
Vicky Villalobos

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
### (JUDGE MARY DIMKE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>VICKY VILLALOBOS,<br><br>                    Defendant. | ) NO.  4:24-cr-06018-MKD<br>)<br>)<br>)<br>) DEFENDANT'S OBJECTIONS TO<br>) PRELIMINARY PRESENTENCE<br>) INVESTIGATION REPORT<br>)<br>)<br>) |

TO:    CLERK OF THE COURT; and
TO:    REBECCA PEREZ AND BRANDON PANG, Assistant United States Attorneys

DEFENDANT'S OBJECTION TO PRELIMINARY
PRESENCE INVESTIGATION REPORT
-
Page 1

**Christine Bennett**
719 Jadwin
Richland, WA 99352
(509) 378-6978

Ms. Villalobos, through counsel, originally sent notice of these requested changes to probation and the AUSA's on October 18, 2025.

Paragraph 14 - The CS's statement that the defendant resupplied $20K to $50 per month is not accurate. The defendant denies bringing drugs from Texas. She primarily trafficked in cocaine.

Paragraph 16 - The defendant and the CS were friends for 30 years. She states the CS only assisted her in two transactions in total.

Paragraph 17- The CS only went once to CA at the defendant's request. The CS was paid $5200 for that trip.

Paragraph 20 – The defendant denies knowing anyone in Texas involved in drug trafficking.

Paragraph 22 – The defendant denies all allegations in this paragraph that apply to her.

Paragraph 55 – The defendant never possessed a rifle.

Paragraph 73 – The defendant possessed this gun temporarily as collateral for a debt.

Paragraph 153 – A different officer was caught and fired. She does not know if the other officer was investigated.

Paragraph 171 – The only vehicle seized was a 2016 Jeep.

DEFENDANT'S OBJECTION TO PRELIMINARY PRESENTENCE INVESTIGATION REPORT -

Page 2

**Christine Bennett**
719 Jadwin
Richland, WA 99352
(509) 378-6978

DATED this 26th  day of February, 2026.


Presented by:


*/s/ Christine Bennett*
CHRISTINE BENNETT, WSBA #41305
Attorney for Defendant,
719 Jadwin Richland, WA 99352
(509)378-6978
christinebennettlaw@gmail.com

DEFENDANT'S OBJECTION TO PRELIMINARY
PRESENTENCE INVESTIGATION REPORT
-
Page 3

**Christine Bennett**
719 Jadwin
Richland, WA 99352
(509) 378-6978

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on February 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Rebecca Perez and Brandon Pang, Assistant United States Attorneys.

/s/ Christine Bennett
Christine Bennett, #41305
Attorney for Defendant,
719 Jadwin Richland, WA 99352
(509) 378-6978
christinebennettlaw@gmail.com

DEFENDANT'S OBJECTION TO PRELIMINARY
PRESENTENCE INVESTIGATION REPORT
-
Page 4

**Christine Bennett**
719 Jadwin
Richland, WA 99352
(509) 378-6978